David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (CA SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

**JS-6**

Attorneys for Individual and Representative Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERCULES OWENS, | Case No.: CV 09-3648 JFW (FFMx) |
| Plaintiff, | [CLASS ACTION PURSUANT TO FRCP RULE 23 AND FLSA § 216(b)] |
| vs. | |
| EXAMINATION MANAGEMENT SERVICES, INC., a Texas corporation doing business as "ICS Merrill"; and DOES 1 through 10, inclusive, | **ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation For Dismissal Without Prejudice, the Court Orders the following:

1. That Plaintiff's First Cause of Action under the FLSA is dismissed without prejudice; and

/ / / / /

2. That Plaintiff's remaining causes of action under state law are dismissed without prejudice pursuant to 28 U.S.C. Section 1367(d).

DATED: <u>December 23, 2009</u>

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE